# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | |
|---|---|
| ISAAC PORTERFIELD, | ) |
| | ) |
| Plaintiff, | ) |
| | ) No. 2:19-cv-02885-JTF-atc |
| v. | ) |
| | ) |
| SHELBY COUNTY JAIL, ET AL., | ) |
| | ) |
| Defendants. | ) |

## JUDGMENT

Decision by Court.  This action came for consideration before the Court. The issues have been duly considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that this action is Dismissed with Prejudice in accordance with the Order Modifying The Docket, Dismissing Amended Complaint With Prejudice, Denying Leave To Amend, Denying Motion For Protective Order, Certifying That An Appeal Would Not Be Taken in Good Faith, Denying Leave To Proceed *In Forma Pauperis* On Appeal, Notifying Plaintiff Of Strike Recommendation Under 28 U.S.C. § 1915(g), And Dismissing Case In Its Entirety, entered on March 17, 2022.

**IT IS SO ORDERED**, this 17th day of March 2022.

APPROVED:

s/John T. Fowlkes, Jr.  
JOHN T. FOWLKES, JR.  
UNITED STATES DISTRICT JUDGE

THOMAS M. GOULD  
CLERK

March 17, 2022  
DATE

s/ Kristen Polovoy  
(BY) LAW CLERK